UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| KATHY S. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 4:07-cv-0103-SEB-WGH |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Kathy S. Smith was not entitled to Disability Insurance Benefits based on her application filed on June 22, 2004, is **AFFIRMED.**

Date: 08/22/2008

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Timothy Reidinger
timreidinger@sbcglobal.net